AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Jane Doe 207 and Jane Doe 208 | |
|---|---|
| *Plaintiffs* | |
| v. | Civil Action No.   3:15-1302-JMC |
| Octapharma Plasma, Inc., | |
| *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiffs shall take nothing of the defendant and this action is dismissed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding.  The court having granted the defendant's Motion to dismiss.

Date:   June 2, 2015                                                          *CLERK OF COURT*

                                                                              s/Angie Snipes
                                                                              _____
                                                                              *Signature of Clerk or Deputy Clerk*